# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

155682(34)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

CHARLES MELVIN McGLOTHAN,
 Defendant-Appellant.

SC: 155682
COA: 334817
Calhoun CC: 2012-000553-FC

_____/

On order of the Court, the motion for reconsideration of this Court's February 20, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



Clerk

a0521